## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| **COMMUNICATIONS WORKERS OF** | § | |
| **AMERICA, AFL-CIO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 07-2150-KHV** |
| | § | |
| **LABOR NEWS, INC., d/b/a** | § | |
| **LABOR BEACON NEWSPAPER,** | § | |
| **and KEVIN O'NEILL** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

The Court having been advised that the parties have settled this case, the Joint Motion to Dismiss (Doc. #28) is granted in part and denied in part.

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned matter be dismissed with prejudice and without costs to either party.  The Court does not retain jurisdiction over this matter.

This Order is dated March 5, 2008.


s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge